### CHILSON v. McFARLAND.

No. 7850—Opinion Filed Nov. 14, 1916.

(161 Pac. 199.)

**Corporations—Stockholders—Liability.**

Syllabus in cause No. 7851, Frank M. Chilson, Trustee in Bankruptcy of Alderson Coal Company, v. J. E. Cavanagh, 61 Oklahoma, 160 Pac. 601, adopted.

(Syllabus by Johnson, C.)

Error from District Court, Pittsburg County; R. W. Higgins, Judge.

Action by Frank M. Chilson, trustee in bankruptcy of Alderson Coal Company, against F. J. McFarland. Judgment for defendant, and plaintiff brings error. Affirmed.

Wm. H. Fuller and George M. Porter, for plaintiff in error.

Gordon & McInnis, for defendant in error.

Opinion by JOHNSON, C. The opinion by this court on October 17, 1916, in case No. 7851, Frank M. Chilson, Trustee in Bankruptcy of Alderson Coal Company, v. J. E. Cavanagh, 61 Oklahoma, 160 Pac. 601, is decisive of the issues involved here; and under that authority this cause should be affirmed.

By the Court: It is so ordered.